United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 96-3670

In re:  Wallace R. McCollar,                 *
                                             *
         Debtor,                             *
-----------------------------------          *
                                             *
Wallace R. McCollar,                         *
                                             *    Appeal from the United States
         Appellant,                          *    District Court for the
                                             *    District of Minnesota.
    v.                                       *
                                             *        [UNPUBLISHED]
Norman (Jack) Morton,                        *
                                             *
         Appellee.                           *

                           _____

                    Submitted:  May 7, 1997

                      Filed:  May 8, 1997
                           _____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
                           _____

PER CURIAM.

Wallace McCollar appeals the District Court's[1] affirmance of the Bankruptcy Court's[2] order lifting the automatic stay in his bankruptcy proceeding. After reviewing the record and the parties' submissions, we conclude that the judgment was correct and that no further discussion is warranted. See 8th Cir. R. 47B. Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

[2]The Honorable Gregory F. Kishel, United States Bankruptcy Judge for the District of Minnesota.